**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LAKIESHA SANDERS, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br>v.<br><br>SHOE CARNIVAL, INC.,<br><br>Defendant. | Civil Action No. 2:26-2186-GAM |

**DEFENDANT SHOE CARNIVAL, INC.'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Shoe Carnival, Inc., by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves the Court to dismiss Counts I-III of Plaintiff's Complaint with prejudice. Plaintiff's claim under the Pennsylvania Wiretapping and Electronic Surveillance Control Act, 18 Pa. Cons. Stat. §§ 5701, et seq. (Count I) fails because Plaintiff does not allege the interception of the contents of any communication, fails to connect the alleged conduct to her own interactions, and concedes consent to the collection of data; Plaintiff's claim for intrusion upon seclusion (Count II) fails because Plaintiff does not allege any intrusion into private affairs or highly offensive conduct; and Plaintiff's breach of contract claim (Count III) fails because Plaintiff does not identify the essential terms, any breach tied to her own experience, or plausible damages.

In support of this Motion, Defendant relies upon the arguments set forth in the accompanying Memorandum of Law in Support of Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6), which is expressly incorporated by reference herein.

WHEREFORE, Defendant respectfully requests that the Court dismiss Counts I–III of Plaintiff's Complaint with prejudice.

Dated: May 7, 2026

FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Michelle A. Paninopoulos*

Michelle A. Paninopoulos, Bar No. 329738
michelle.paninopoulos@faegredrinker.com
Paul A. Rosenthal (admitted *pro hac vice*)
paul.rosenthal@faegredrinker.com
Rachel A. Beck (admitted *pro hac vice*)
rachel.beck@faegredrinker.com
Justin O'Neill Kay (admitted *pro hac vice*)
justin.kay@faegredrinker.com
Krista N. Hartrum (admitted *pro hac vice*)
krista.hartrum@faegredrinker.com

One Logan Square, Suite 2000
Philadelphia, PA 19103
Telephone: +1 215 988 2700
Facsimile: +1 215 988 2757
Attorneys for Defendant, Shoe Carnival Inc.