**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LAKIESHA SANDERS,** ***individually and on behalf of all others similarly situated*** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 26-2186** |
| | : | |
| **SHOE CARNIVAL, INC.** | : | |

**ORDER**

This 13th day of July, 2026, having reviewed the parties' submissions on the pending Motion to Dismiss, ECF 20, the Court has identified a concern as to Article III standing. A federal court has a continuing, independent obligation to satisfy itself that jurisdiction exists. *See Wayne Land & Min. Grp., LLC v. Del. River Basin Comm'n*, 959 F.3d 569, 574 (3d Cir. 2020) (citation omitted). The allegations here may fall short of pleading a cognizable injury in fact. *See Cabela's, LLC Wiretapping Litig.*, 175 F.4th 423 (3d Cir. 2026); *see also Cook v. GameStop, Inc.*, 148 F.4th 153 (3d Cir. 2025). The parties are therefore directed to file supplemental memoranda addressing the issue of Article III standing within 14 days of this Order.

/s/ Gerald Austin McHugh
United States District Judge