**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LAKIESHA SANDERS,** ***individually and on behalf of all others similarly situated*** | : | |
| **v.** | : | **CIVIL ACTION No. 26-2186** |
| **SHOE CARNIVAL, INC.** | : | |

**ORDER**

This 17th day of September, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss, ECF 20, is **GRANTED** in part**.** Count II of the Complaint alleging intrusion upon seclusion is **DISMISSED** with prejudice. Count III of the Complaint alleging breach of contract is **DISMISSED** without prejudice.

/s/ Gerald Austin McHugh
United States District Judge